UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEO B. BUNKER,

                Petitioner,

v.

JERI BOE,

                Respondent.

CASE NO. 3:18-cv-05243-BHS-DWC

ORDER TO FILE SUPPLEMENTAL BRIEFING

The District Court has referred this action to United States Magistrate Judge David W. Christel. Petitioner Leo B. Bunker filed his habeas Petition ("Petition"), pursuant to 28 U.S.C. § 2254, seeking relief from state court convictions and sentence.

Petitioner filed his Petition on March 26, 2018. Dkt. 1. On June 1, 2018, Respondent filed a timely Response and the relevant state court record. Dkts. 6, 8. After reviewing Respondent's Response, the Court directed Respondent to file supplemental briefing regarding Petitioner's allegedly unexhausted grounds on July 18, 2018. Dkt. 9. Respondent filed supplemental briefing on August 20, 2018, and the Court entered a Report and Recommendation recommending Petitioner's Petition be denied. Dkt. 11.

On December 13, 2018, the Honorable Benjamin H. Settle entered an Order adopting the Court's Report and Recommendation in part and referring for further consideration. Dkt. 13. Judge Settle indicated neither Respondent nor the Court had addressed a ground for relief Petitioner included in his Petition, namely that his due process rights were violated by the prosecutor's statements during trial. Dkt. 13, p. 2. Judge Settle concluded, because Respondent had not yet addressed the issue, Judge Settle would not *sua sponte* evaluate the claim and instead would refer the matter back to this Court for further proceedings. *Id*.

Therefore, it is ORDERED:

1. Respondent is directed to file supplemental briefing addressing Petitioner's due process ground for relief (*see* Dkt. 3, p. 11) and any additional relevant state court records on or before January 4, 2019.
2. Petitioner may file a traverse addressing only the due process ground (*see* Dkt. 3, p. 11) on or before January 25, 2019.
3. The Clerk is directed to note this Petition is now ready for consideration as to Petitioner's due process ground on January 25, 2019.

Dated this 18th day of December, 2018.

David W. Christel
United States Magistrate Judge